ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                    PAGE 1

UNITED STATES DISTRICT COURT
~~NORTHERN~~ DISTRICT OF MISSISSIPPI
Southern

Thurman Kirkwood
Plaintiff


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR - 6 2016
BY_____ARTHUR JOHNSTON_____DEPUTY

v.                                                                CASE NO.  1:16cv119 LG-RHW

Marshall Fisher et'all
Defendant

PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Thurman Kirkwood 102232

   B. Name under which sentenced: Thurman Kirkwood

   C. Inmate identification number: 102232

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 1650 Highway 492 Walnut Grove, MS 39189-6002

   E. Place of confinement: MTC Walnut Grove Correctional Facility

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Brenda Sims

   Title (Superintendent, Sheriff, etc.): Warden

   Defendant's mailing address (street or post office box number, city, state, ZIP): S.M.C.I-2 PO Box 1419 Leaksville, MS 39451

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                              PAGE 2

Name: **Superintendent Banks**
Title (Superintendent, Sheriff, etc.): **Superintendent**
Defendant's mailing address (street or post office. box number, city, state, ZIP): **S.M.C.I #1 P.O Box 1419 leaKsville, MS 39451**

Name: **Ron King**
Title (Superintendent, Sheriff, etc.): **Superintendent**
Defendant's mailing address (street or post office box number, city, state, ZIP): **S.M.C.I #1 P.O Box 1419 leaKsville, MS 39451**

Name: **Mr. Tuner**
Title (Superintendent, Sheriff, etc.): **Warden**
Defendant's mailing address (street or post office box number, city, state, ZIP): **S.M.C.I -#2 P.O Box 1419 leaKsville, MS 39451**

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?   ☒ Yes   ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s):
   Defendant(s): **Ron King and Beverly Brealand**
   B. Court: **Green County**   C. Docket No.: **2013-216(2)**
   D. Judge's Name: _____   E. Date suit filed: **10-9-13**
   F. Date decided: _____   G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement?   ☒ Yes   ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).   ☒ Yes   ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

## Continuation of Question 2

Name: Beverly Brealand
Title: Captain
Mailing address: S.M.C.I-#2 P.O Box 1419
Leaksville, MS 39451

Name: Mr. Davis
Title: Captain
Mailing address: S.M.C.I-#2 P.O Box 1419
Leaksville, MS 39451

Name: Mrs. Evarest
Title: Captain
Mailing address: S.M.C.I-#2 P.O Box 1419
Leaksville, MS 39451

Name: Mr. Evarest
Title: Captain
Mailing address: S.M.C.I-#2 P.O Box 1419
Leaksville, MS 39451

Name: Mrs. Adams
Title: Sergeant
Mailing address: S.M.C.I-2 P.O Box 1419
Leaksville, MS 39451

<u>Continuation of Question #2</u>

Name: Mrs. Johnson
Title: Captain
Mailing address: S.M.C.I-#2 P O Box 1419
    Leaksville, MS 39451

Name: Cobbins
Title: C.O
Mailing address: S.M.C.I-#2 P.O Box 1419
    Leaksville, MS 39451

Name: Patrick
Title: C.O
Mailing address: S.M.C.I-2 P.O Box 1419
    Leaksville, MS 39451

Name: Herndon
Title: Lieutenant
Mailing address: S.M.C.I-2 P O Box 1419
    Leaksville, MS 39451

Name: John Doe
Title: C.O, Pin #9627
Mailing address: S.M.C.I-2 P.O Box 1419
    Leaksville, MS 39451

## Continuation of Question #2

Name: John Doe
Title: CO
Mailing address: S.M.C.I-#2 P.O Box 1419
Leaksville, MS 39451

Name: John Doe
Title: CO
Mailing address: S.M.C.I-#2 P.O Box 1419
Leaksville, MS 39451

Name: Marshall Fisher
Title: Commissioner:
Mailing address: 723 N. President St.
Jackson, MS 39205

ND Miss. Form P3. Complaint Challenging Conditions of Confinement (4/00)                                PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☑ Yes  ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☑ Yes  ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I Filed a grievance on or about Oct, 3rd 2013 the grievance was tore up and I was told if I File another grievance my ass will die, my grievance was about protection from Harm. I stop Fileing on the Matter due to Fear For My life of those had Me captive, they showed Me that I had no help and there was Nothing I could do. I'm not the First inmate to receive Reprisal for Fileing on prison conditions it is a Normal act For Corrupt Officers

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

None it was destroyed

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)   PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

   I did but it was destroyed and I was Retaliated upon For it.

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

   My case is of the Matters of Protection From Harm and assault that led to me getting 2 broke Ribs and a injury to my chest. Superintendent Bank Failed to enForce all police's, Ron King Forced me and or ordered his staFF to make me live in a building where I was threaten by gang members, on Oct. 3, 2013. Capt. Breuland also played a part in Forceing me to go in the said building that I was in danger of on Oct. 3, 2013. Worden Tuner Failed to help me aFter I wrote him a letter asking For help date Feb. 26, 2015. Capt. Davis Forced me to live in a building aFter I was assaulted by gang members. I told him about the assault on Feb. 25th 2016. On Feb. 20, 2015 I told capt. Mr Everest that I was assaulted by gang members but to No-avail. On Feb. 23, 2015 Mrs. Everast along with sgt. Adams Forced me to live in a building that I was assaulted in.

## Continuation of Question #9

Capt. Johnson was also told of the matter but to no-avail. Capt. Brenda Sims was the root of the problem she started the retaliation act's upon me for fileing a grievance on her and her staff, on 9-21-10. there and after they conspired together with retaliation on me, Brenda Sims also played a part in a Falsified R.V.R on me on 10-3-13. She was Warden at that time.

Officer Cobbins, Officer Patrick, Lt. Herndon, and the #3 John Doe's also played apart in the Falsified R.V.R that kept me in isolation for #8 months longer.

Each and all defendant's violated my First Amendment Rights, 14th Amendment Rights, and my Eighth Amendment Rights, along with their own police's that is a liberty interst. that fall on Mr. Marshall Fisher for failure to make sure that all his employee's are in compliance with any and all police's.
"See attached Brief along with Exhibit's and a Declaration."

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                        PAGE 5

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

To give a day in Court to prove My Case and to stop those that is in power that is Corrupt. and to be awarded Money damages For My long pain and suffering

This Complaint was executed at (location): Walnut Grove Correctional Fucaility

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 3-6-2016                                                    Plaintiff's Signature